**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

CHRISTOPHER MALONEY
CHIEF PROBATION OFFICER

WILFREDO TORRES
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICERS
MATTHEW F. MILLER
THOMAS C. MILLER

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

May 14, 2008

Honorable Katherine S. Hayden
United States District Judge
P.O. Box 999
Newark, N.J. 07102

RE: HARRIS, MUSHEER
DKT # 06-000765-001
**Update on Pending Charges**

Dear Judge Hayden:

The above captioned individual was sentenced by Your Honor on May 31, 2007, for a RICO offense, to a term of time served to be followed by five years of supervised release. Special conditions of DNA testing, financial disclosure, and no gang affiliation were also ordered.

On November 20, 2007, we advised Your Honor that Harris had been arrested by the Roselle, N.J. police department and charged with Possession of CDS. At that time we requested that his supervision be modified to include drug testing, and we further requested that no action be taken until the local charges were adjudicated. On May 8, 2008, Harris pled guilty to a Disorderly Persons charge and was fined $408.

Harris has been working two jobs and attending Union County College. He has complied with drug testing and all other conditions of supervision. We would request that no additional action be taken at this time. We will continue to monitor Harris closely for compliance and drug testing will continue throughout his supervision.

Should Your Honor have any questions or wish to discuss this matter further, we remain available.

Sincerely,

Christopher Maloney, Chief
U.S. Probation Officer

By: Nancy Hildner
Senior U.S. Probation Officer

✓ Agree
___ Disagree

Honorable Katherine S. Hayden     5/20/08
                                  Date