PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Musheer Harris                    **Docket Number:** 06-00765-001
                                                        **PACTS Number:** 035079

**Name of Sentencing Judicial Officer:** Honorable Katharine S. Hayden

**Date of Original Sentence:** 05/31/2007

**Original Offense:** RICO - Racketeering

**Original Sentence:** Time Served, 5 years supervised release.

**Type of Supervision:** Supervised Release            **Date Supervision Commenced:** 5/31/07

**Assistant U.S. Attorney:** Serra Varh, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** David Sehroth, 795 Parkway Avenue, Trenton, New Jersey , 609-882-0041

===============================================================================

## PETITIONING THE COURT

[  ]  To issue a warrant
[X]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
|  | On July 18, 2008, Harris was arrested and charged by the New York City Police Department with Possession of Marijuana. |
| 2 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
|  | On April 9, 2009 Harris was arrested and charged by the Linden, N.J. Police Department with Possession of Marijuana, Possession with Intent to Distribute, and Possession within 1,000 feet of a school. |
| 3 | The offender has violated the supervision condition which states '**The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substance.**' |

PROB 12C - Page 2
Musheer Harris

Harris tested positive for marijuana on February 12, 2008 and April 13, 2009.

4          The offender has violated the supervision condition which states '**Failure to notify the Probation officer of an arrest within 72 hours.**'

Harris was arrested by the New York City Police Department on July 18, 2008 for Possession of Marijuana and he failed to notify the Probation Officer of this arrest.

I declare under penalty of perjury that the foregoing is true and correct.

By:  Nancy Hildner
Senior U.S. Probation Officer
Date: 04/24/09

THE COURT ORDERS:

[  ] The Issuance of a Warrant
[ X ] The Issuance of a Summons.  Date of Hearing: 5/15/09. 3:30p.M
[  ] No Action
[  ] Other

_____
Signature of Judicial Officer

_____
Date