UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No.: 06-765 (KSH) |
| MUSHEER HARRIS | : | ORDER MODIFYING RELEASE |

This matter having been opened to the Court upon the application of the United States Probation Office (Nancy Hildner, Sr. U.S. Probation Officer, appearing) for an initial appearance regarding violations of supervised release of defendant Musheer Harris ("Defendant"); Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Lisa Rose, Assistant U.S. Attorney, appearing), joining said application; and Defendant,(Candace Hom, Esq. appearing), having entered a plea of not guilty to the violations in the Petition for Warrant or Summons for Offender Under Supervision filed on or about April 30, 2009; and the Court having heard arguments of the parties concerning the defendant's release; and for good cause shown,

IT IS on this 21st day of May 2009,

ORDERED that Defendant's term of supervised release is hereby continued; and it is further

ORDERED that the conditions of Defendant's release are amended to include a curfew of 9pm from Sunday through Thursday and 10pm on Friday and Saturday; and it is further

ORDERED that all other original conditions of supervised release are continued until further Order of the Court.

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge