UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katherine S. Hayden |
| v. | : | Crim. No. 06-675 |
| MUSHEER HARRIS | : | O R D E R |

This matter having come before the Court on the petition of the United States Probation Office for a hearing regarding the failure of defendant Musheer Harris (Candace Hom, Assistant Federal Public Defender, appearing) to comply with certain conditions of supervised release imposed on May 5, 2007; and the defendant having waived the preliminary hearing and having entered a guilty plea on October 14, 2010 to violation 2, which required that he not commit another federal, state, or local crime; and for good cause shown;

IT IS on this 15th day of October, 2010,

ORDERED that the defendant is adjudged guilty of having violated Condition No. 2 of his supervised release, which required that he not commit another federal, state, or local crime;

IT IS FURTHER ORDERED that the term of supervised release is hereby revoked;

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a period of one day, with that one day of imprisonment to be suspended, and to serve a new term of supervised release for a term of two years; and

IT IS FURTHER ORDERED that Violation Nos. 1, 3, and 4 of the Petition filed April 24, 2009, are hereby dismissed; and

IT IS FURTHER ORDERED that all other conditions of the judgment of conviction entered in this matter shall remain in full force and effect.

```
_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge
```